AO 247 (Rev. 11/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
### for the
### Northern District of Illinois - Eastern Division

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| **ANDREW  PATTERSON** | ) | Case No:  **95 Cr 242** -1 |
| | ) | USM No:  06595-424 |
| Date of Original Judgment:        1/30/1998 | ) | |
| Date of Previous Amended Judgment: 2/5/2012 | ) | Heather Winslow |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of   X  the defendant  ❐  the Director of the Bureau of Prisons  ❐  the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❐ DENIED.   X  GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of        382 Months        months **is reduced to**        330 Months        .

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated        2/5/2012        shall remain in effect.
**IT IS SO ORDERED.**

Order Date:    1/14/2015

_____
*Judge's signature*

Effective Date:        11/1/2015
*(if different from order date)*

ROBERT W. GETTLEMAN, US District Court Judge
*Printed name and title*